NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIMUM SERVICES, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE INTERIOR,**
*Appellee*

---

2020-1087

---

Appeal from the Civilian Board of Contract Appeals in No. 4968, Administrative Judge Catherine B. Hyatt, Administrative Judge Harold C. "Chuck" Kullberg, Administrative Judge Joseph A. Vergilio.

---

## JUDGMENT

---

JAMES COPELAND, Copeland Law Firm, LLC, Atlanta, GA, argued for appellant.

DANIEL B. VOLK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY; PAUL SAX, Office of the Solicitor, United States Department of Interior, Lakewood, CO.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2020       /s/ Peter R. Marksteiner
    Date                   Peter R. Marksteiner
                           Clerk of Court